**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory BENJAMIN, Defendant– Appellant.**

No. 03–4069.

United States Court of Appeals, Fourth Circuit.

Submitted June 3, 2003.

Decided June 19, 2003.

James Wyda, Federal Public Defender, Melissa M. Moore, Staff Attorney, Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Jacabed Rodriguez–Coss, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory Benjamin appeals his 238–month sentence for possession of a firearm by a convicted felon. Benjamin asserts that the district court erred in sentencing him as an armed career criminal because his 1995 predicate conviction for resisting arrest was obtained without the benefit of counsel. We have reviewed the briefs and joint appendix, and we find no reversible error. Accordingly, we affirm Benjamin's sentence for the reasons stated by the district court. (J.A. at 101–03). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*